**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 21 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM D. DUNNE, | No.   17-16231 |
| Petitioner-Appellant, | D.C. No. 2:15-cv-00549-JAM |
| v. | |
| G.J. BISSETT, | MEMORANDUM* |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted August 15, 2018**

Before:    FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

Federal prisoner William D. Dunne appeals pro se from the district court's

denial of his 28 U.S.C. § 2241 habeas corpus petition.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

Dunne contends that he was entitled to parole after he served 30 years of his

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

federal sentence, pursuant to 18 U.S.C. § 4206(d).  We review de novo matters of statutory interpretation and the district court's decision to deny a section 2241 habeas petition.  *See United States v. Havelock*, 664 F.3d 1284, 1289 (9th Cir. 2012) (en banc); *Stephens v. Herrera*, 464 F.3d 895, 897 (9th Cir. 2006).  Prisoners sentenced before the Sentencing Reform Act, such as Dunne, "shall be released on parole after having served two-thirds of each consecutive term or terms, or after serving thirty years of each consecutive term or terms of more than forty-five years including any life term, whichever is earlier," absent certain findings.  *See* 18 U.S.C. § 4206(d) (repealed 1987).  Dunne received several consecutive federal prison terms, each one less than 45 years.  We conclude, as have other courts, that the 30-year provision does not apply to Dunne's case.  Rather, section 4206(d) entitles Dunne to parole only after he serves two-thirds of each consecutive term.

The government's motion for judicial notice is granted.

**AFFIRMED.**

17-16231